UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KURT KOHAMA,

    Plaintiff - Appellant,

v.

MCCABE, HAMILTON & RENNY CO., LTD.; et al.,

    Defendants - Appellees.

No. 05-16590
D.C. No. CV-04-00521-HG

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2006

at \_\_ o'clock and \_\_ min. \_\_ M
SUE BEITIA, CLERK

Appellee's amended bill of cost received 8/14/06 is denied as being served untimely. Ninth Circuit Rule 39-1.4 and Mollura v. Miller, 621 F.2d 334 (9th Cir. 1980).

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: John Ilagan
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 21 2006

by: Deputy Clerk