


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

August 21, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 23 2006
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-16590 | Kohama v. McCabe Hamilton & | CV-04-00521-HG |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: John Ilagan
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
INTERNAL USE ONLY: Proceedings include all events.
05-16590 Kohama v. McCabe Hamilton &, et al

KURT KOHAMA                        Shawn A. Luiz, Esq.
     Plaintiff - Appellant         FAX 808/538-0600
                                   808/538-0500
                                   Ste. 800
                                   [COR LD NTC ret]
                                   Law Offices
                                   810 Richards Street
                                   Honolulu, HI 96813

     v.

MCCABE, HAMILTON & RENNY CO.,      Barry W. Marr, Esq.
LTD.                               FAX 808/536-6700
     Defendant - Appellee          808/536-4900
                                   Ste. 1550
                                   [COR LD NTC ret]
                                   Patrick H. Jones, Esq.
                                   FAX            808
                                   808/536-4900
                                   [ret]
                                   MARR HIPP JONES & WANG, LLP
                                   Pauahi Tower
                                   1001 Bishop St.
                                   Honolulu, HI 96813

INTERNATIONAL LONGSHOREMEN'S       Colleen H. Hanabusa, Esq.
AND WAREHOUSEMEN'S UNION,          FAX 808/599-1814
LOCAL 142                          808/523-5777
     Defendant - Appellee          [COR LD NTC ret]
                                   1157 Fort Street Mall
                                   Honolulu, HI 96813

JOHN DOES 1-10                     No appearance
     Defendant - Appellee          No appearance
```